DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

LARRY JOE SILLAWAY, as personal representative of the Estate of Larry
James Gray Sillaway, and DAWN MARIE EDGERTON,

Petitioners,

v.

BRANDON CROSSROAD BOWL, INC., d/b/a Brandon Crossroads Bowl
and BOJE ENTERPRISES, INC.,

Respondents.

No. 2D2023-1766

———————————————

May 22, 2024

Petition for Writ of Certiorari to the Circuit Court for Hillsborough
County; Cheryl K. Thomas, Judge.

Desiree Bannasch of Desiree Bannasch, P.A., Orlando, and Linda
Bellomio Commons of Linda Bellomio Commons, P.A., Tampa, for
Petitioners.

Joseph T. Metzger and Erin S. Kuenzel of Metzger Law Group, P.A.,
Tampa (withdrew after briefing); Joseph T. Metzger of Rumberger, Kirk &
Caldwell, P.A., Tampa (substituted as counsel of record), for
Respondents.

PER CURIAM.

This petition for writ of certiorari is dismissed for lack of

jurisdiction. *See Parkway Bank v. Fort Myers Armature Works, Inc.*, 658

So. 2d 646, 649 (Fla. 2d DCA 1995). This dismissal is without prejudice

to either party's right to raise any issue in a plenary appeal from a final order when one is rendered.

Dismissed.

NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior publication.